DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.H.,** the Father,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES**
and **GUARDIAN AD LITEM,**
Appellees.

No. 4D22-949

[July 6, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 562020DP000194A.

Ryan Thomas Truskoski of Ryan Thomas Truskoski, P.A., Orlando, for appellant.

Andrew Feingenbaum of Children's Legal Services, West Palm Beach, for appellee Department of Children and Families.

Cody L. Frank of Brown Sims, Guardian ad Litem Office, Defending Best Interests Project, Coral Gables, and Sara E. Goldfarb, Statewide Director of Appeals, Guardian ad Litem Office, Tallahassee, for appellee Guardian ad Litem.

PER CURIAM.

*Affirmed. See B.T. v. Dep't of Child. & Fams.,* 300 So. 3d 1273 (Fla. 1st DCA 2020) (holding failure to provide parent with oral or written notice of their right to claim ineffective assistance of counsel is not the deprivation of a fundamental right).

WARNER, GROSS and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***